IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**MARK A. HUDSON**,<br><br>Defendant | NO. 5: 06-MJ-03-26 (CWH)<br><br>**VIOLATIONS: TRESPASSING, ETC.** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #16) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. This proceeding against defendant MARK A. HUDSON is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 16th day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE